IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 23 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01512-BNB

WALLACE MITCHELL, # 51443-060,

Applicant,

v.

CHARLIE A. DANIELS, Warden, Federal Correctional Complex—Florence,

Respondent.

## ORDER DISMISSING CASE

Applicant, Wallace Mitchell, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the United State Penitentiary in Florence, Colorado. Mr. Mitchell, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Upon review of the Application, Magistrate Judge Boyd N. Boland entered an order directing Mr. Mitchell to file his claims on a Court-approve form used in filing § 2254 actions and to submit a certificate showing the current balance in his prison account.

On July 19, 2010, Mr. Mitchell filed a Letter with the Court requesting that the instant action be withdrawn. The Court must construe the Letter liberally because Mr. Mitchell is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Rule 41(a)(1)(A) provides that "the [applicant] may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." No answer has been filed by

Respondents in this action. Further, a voluntary dismissal under Rule 41(a)(1)(A)(i) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); *Hyde Constr. Co. v. Koehring Co.*, 388 F.2d 501, 507 (10th Cir. 1968).

The Court, therefore, construes the Letter as a Notice of Dismissal filed pursuant to Rule 41(a)(1)(A)(i). The file will be closed as of July 19, 2010, the date the Notice was filed with the Court. *See Hyde Constr. Co.*, 388 F.2d at 507. Accordingly, it is

ORDERED that the Letter (Doc. No. 5) is construed as a Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and is effective as of July 19, 2010, the date Mr. Mitchell filed the Notice in this action.

DATED at Denver, Colorado, this __22nd__ day of __July__, 2010.

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01512-BNB

Wallace Mitchell
Reg No. 51443-060
US Penitentiary
P.O. Box 1000
Lewisburg, PA 17837

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/23/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk